

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00347-CV

JAQUELINE WALDROUP                                                    APPELLANT

V.

BAYSHORE VILLAGE                                                       APPELLEE
APARTMENTS

-----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY
TRIAL COURT NO. CV-2017-02289

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On March 8, 2018, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant filed with the court within ten days an appellant's brief and a motion reasonably explaining the failure to file an appellant's brief and the need

---

[1]*See* Tex. R. App. P. 47.4.

for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  KERR, PITTMAN, and BIRDWELL, JJ.

DELIVERED:  April 12, 2018